# First District Court of Appeal
## State of Florida

_____

No. 1D2024-3143
_____

Chrystal Dawn Ausburne,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

March 20, 2026

Per Curiam.

Affirmed.

Roberts, Winokur, and Nordby, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.